UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO: 1:23-bk-13723-amc |
| JIGNESH PANDYA and | : | CHAPTER 11 |
| MITAL PANDYA, | : | |
| Debtors | : | |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010(b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002**

NOW COMES, Capozzi Adler, P.C., by and through its attorney, Cunningham, Chernicoff & Warshawsky, P.C., pursuant to Bankruptcy Rule 9010 and makes its appearance as a creditor in this case and, pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents and be added to the matrix to be served at the address below:

James K. Jones, Esquire
Cunningham, Chernicoff & Warshawsky, P.C.
2320 North Second Street
P.O. Box 60457
Harrisburg, PA 17106
Email: jkj@cclawpc.com

        Respectfully submitted,

        CUNNINGHAM, CHERNICOFF &
        WARSHAWSKY, P.C.

By: /s/ James K. Jones
        James K. Jones, Esquire
        2320 North Second Street
        P.O. Box 60457
        Harrisburg, PA 17106
        Telephone: (717) 238-6570 x233
        Facsimile: (717) 238-4809
        Email: jkj@cclawpc.com