**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JIGNESH PANDYA AND MITAL PANDYA,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-13723-amc |

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*,
OF CHARLES R. GIBBS**

Maris J. Kandestin (the "Movant"), a Partner of the law firm of McDermott Will & Emery LLP ("McDermott"), a member in good standing of the Bar of the Commonwealth of Pennsylvania, and an attorney admitted to practice before this Court, hereby moves (this "Motion") for entry of an order permitting Charles R. Gibbs, a partner of McDermott, to appear *pro hac vice* before this Court on behalf of Pizza Hut, LLC ("Pizza Hut") in the above-captioned bankruptcy case pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Eastern District of Pennsylvania (the "Local Bankruptcy Rules").  In support of this Motion, Movant states as follows:

1. Mr. Gibbs is a member in good standing of the Bar of the State of Texas and is admitted to practice before the Supreme Court of Texas, the United States District Courts for the Northern, Southern, Eastern and Western Districts of Texas and the United States Courts of Appeals for the First, Third, Fourth, Fifth, Eighth, and Eleventh Circuits.

2. There are no disciplinary proceedings pending against Mr. Gibbs in any jurisdiction.

3. Attached hereto as **Exhibit A** is Mr. Gibbs' certification that he is eligible for *pro hac vice* admission under Local Bankruptcy Rule 2090-1(b).

4. Pursuant to Local Bankruptcy Rule 9014-2, and because this motion does not present contested issues, Movant requests that this Court consider this Motion *ex parte* and without an oral hearing.

WHEREFORE, Movant respectfully requests that this Court enter an Order authorizing Mr. Gibbs to appear and be heard *pro hac vice* as counsel to Pizza Hut in the above-captioned bankruptcy case.

Dated: January 3, 2024
Wilmington, Delaware

**McDermott Will & Emery LLP**

 */s/ Maris J. Kandestin*
Maris J. Kandestin (Pa. Bar No. 93632)
1000 N. West Street
Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 485-3900
Facsimile: (302) 351-8711
E-mail: mkandestin@mwe.com

*Counsel to Pizza Hut, LLC*