**Exhibit A**

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>JIGNESH PANDYA AND MITAL PANDYA,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-13723-amc |

**CERTIFICATION OF CHARLES R. GIBBS IN SUPPORT OF
ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Charles R. Gibbs, hereby certify as follows:

1. I am a Partner of the law firm of McDermott Will & Emery LLP and maintain my principal office at 2501 North Harwood Street, Suite 1900, Dallas, Texas 75201.

2. I am a member in good standing of the Bar of the State of Texas and am admitted to practice before the Supreme Court of Texas, the United States District Courts for the Northern, Southern, Eastern and Western Districts of Texas and the United States Courts of Appeals for the First, Third, Fourth, Fifth, Eighth and Eleventh Circuits.

3. There are no disciplinary proceedings pending against me in any jurisdiction.

4. I have access to a copy of the Local Rules of the United States Bankruptcy Court for the Eastern District of Pennsylvania (the "Local Bankruptcy Rules") and am generally familiar with such Rules.

5. I am seeking admission *pro hac vice* to practice before this Court for the purpose of appearing as counsel for Pizza Hut, LLC in the above-captioned bankruptcy case pursuant to Local Bankruptcy Rule 2090-1(b).

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  January 3, 2024
  Dallas, Texas

  /s/ Charles R. Gibbs
Charles R. Gibbs
McDermott Will & Emery LLP
2501 North Harwood Street
Suite 1900
Dallas, Texas 75201
Telephone: (214) 295-8000
Facsimile: (972) 232-3098
E-mail: crgibbs@mwe.com

*Counsel to Pizza Hut, LLC*

2