UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| Jignesh Pandya, and | : | |
| Mital Pandya | : | BANKR. NO. 23-13723 (AMC) |
| | : | |
| Debtors. | : | |

**ORDER FOR EXPEDITED HEARING**

AND NOW, upon consideration of the Motion to Dismiss Case and Request for Expedited Hearing thereon, and sufficient cause being shown, it is hereby:

ORDERED, that the request for an expedited hearing is Granted, and it is further:

ORDERED, that a hearing to consider the Motion shall be and hereby is scheduled for **January 10, 2024 at 12:30 P.M**. **The hearing will be held in person in Courtroom 4, Nix Federal Building, 900 Market Street, Philadelphia, PA and simultaneously telephonically. If you wish to participate telephonically, you may call 1-877-873-8017 Authorization code 3027681 on said date and time.** United States Bankruptcy Court, 900 Market Street, 2nd Floor, Courtroom No. 4, Philadelphia, Pennsylvania, 19107, and it is further:

ORDERED, that written objections or other responsive pleadings to the Motion may be filed up to the time of the hearing and all will be considered at the hearing, and it is further:

ORDERED, that Movant shall provide notice of this Order and Motion to Albert Anthony Ciardi, III, Esquire electronically and by overnight delivery to Jignesh Pandya and Mital Pandya by sending same on or before **January   4   , 2024**.

BY THE COURT:

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

DATED: Jan. 4, 2024