IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| Jignesh Pandya, and | : | |
| Mital Pandya | : | BANKR. NO. 23-13723 (AMC) |
| | : | |
| Debtors. | : | |
| | : | |

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on this 4th day of January, 2024, the United States Trustee's Expedited Motion to Dismiss Case, Signed Expedited Order of Hearing, Order Dismissing Case, and Expedited Order, was to be served electronically and/or overnight delivery, addressed as follows:

Jignesh Pandya and
Mital Pandya
8 Woodland Road
Newtown, PA 18940
**(Debtors)**
**(Sent Overnight Delivery)**

Albert Anthony Ciardi, III, Esquire
Ciardi Ciardi & Astin
1905 Spruce Street
Philadelphia, PA 19103
**(Debtor's Counsel)**
**Sent E-Mail:** aciardi@ciardilaw.com


BY:   */s/ Nancy Miller*
         Nancy Miller
         Legal Clerk