### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

*In re:*

| | |
|---|---|
| **JINGESH PANDYA and MITAL PANDYA,** | **Chapter 11** |
| **Debtor.** | **Case No. 23-13723(AMC)** |

### CERTIFICATE OF NO OBJECTION

I, Albert A. Ciardi, III, Esquire, of Ciardi Ciardi & Astin, hereby certify that:

1. On December 21, 2023, the Debtors filed an Application to Employ Ciardi Ciardi & Astin as Counsel to the Debtors ("Application") along with a Notice of Application to Employ Ciardi Ciardi & Astin as Counsel to the Debtors ("Notice of Application"), at Docket Number 17.

2. On December 21, 2023, a copy of the Notice of Application and Application to Employ Ciardi Ciardi & Astin as Counsel to the Debtors were served upon all parties in interest and the Office of the U.S. Trustee, as evidenced by the Certificate of Service filed at Docket Number 17.

3. More than eight (8) days have expired since service of the Notice of Application and Application. The undersigned certifies that I have reviewed the Court's Docket in this case and no answer, objection, or other responsive pleading relating to the Application or Notice of Application has been filed with the Clerk of the United States Bankruptcy Court or served upon Counsel for the Debtors as of the date of this Certification.

**WHEREFORE**, Ciardi Ciardi & Astin respectfully requests that the Order approving the Application be entered.

**CIARDI, CIARDI & ASTIN**

Dated: January 2, 2024        By:    */s/ Albert A. Ciardi, III*
                                     Albert A. Ciardi, III, Esquire
                                     1905 Spruce Street
                                     Philadelphia, PA 19103
                                     Telephone: 215-557-3550
                                     aciardi@ciardilaw.com
                                     *Proposed Counsel to the Debtor*