**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JIGNESH PANDYA AND MITAL PANDYA,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-13723-amc |

**ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE,**
**_PRO HAC VICE_, OF CHARLES R. GIBBS**

Upon consideration of the Motion for Admission to Practice, *pro hac vice*, of Charles R. Gibbs,

It is hereby ordered that the Motion is GRANTED and Charles R. Gibbs is hereby admitted *pro hac vice* in the above-captioned bankruptcy case.

Date: Jan. 4, 2024

_____
Ashely M. Chan
United States Bankruptcy Judge