IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

*In re:*

JINGESH PANDYA and MITAL PANDYA,   Chapter 11

Debtor.   Case No. 23-13723(AMC)

## ORDER

**AND NOW,** this __5th__ day of __January__, 2024, upon consideration of the Application of the Debtors to Employ Ciardi Ciardi & Astin as Counsel, and any response thereto. it is **ORDERED** and **DECREED** that the Debtors' Application to Employ Ciardi Ciardi & Astin as Counsel is hereby **APPROVED** *nunc pro tunc t*o the Petition Date; and it is further

**ORDERED** and **DECREED** that the Debtors may employ Ciardi Ciardi & Astin as their counsel in these proceedings to advise it upon all matters which may arise or which may be incident to these proceedings, said firm to be paid at such compensation as the Court shall allow, pursuant to a proper Application in accordance with In re Busy Beaver Building Centers, Inc., 19 F. 3d 833 (3rd Cir. 1994).

BY THE COURT:

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

7