## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

**JIGNESH PANDYA**                         **Chapter 11**
**and MITAL PANDYA**

                                  **Case No. 23-13723 (AMC)**

               **Debtors.**

### CERTIFICATE OF SERVICE

I, Albert A. Ciardi, Esquire hereby certify that on this 5th day of January, 2024, a copy of the *Second Application to Extend Time to File Schedules and Statements of Financial Affairs* was served via U.S. First Class Mail, postage prepaid, upon all parties as listed on the attached Service List.

                                        **CIARDI CIARDI & ASTIN**

                     By:            */s/ Albert A. Ciardi, III*
                                      Albert A. Ciardi III, Esquire
                                      *Counsel to Debtors*

*Jignesh Pandya and Mital Pandya*
*Chapter 11*
*Case No. 23-13723(AMC)*

Jignesh Pandya
Mital Pandya
8 Woodland Road
Newtown, PA 18940

*Office of the U.S. Trustee and*
*2002 Notice Parties*

**Office of the US Trustee**
George Conway, Esquire
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**American Bank**
c/o Kevin T. Fogerty, Esquire
Mill Run Office Center
1275 Glenlivet Drive, Suite 150
Allentown, PA 18106

**Pizza Hut**
c/o Maris J. Kandestin, Esquire
McDermott Will & Emery LLP
1000 N. West Street, Suite 1400
Wilmington, DE 19801

**Pizza Hut, LLC**
Charles R. Gibbs, Esquire
McDermott Will & Emery, LLP
2501 North Harwood Street
Suite 1900
Dallas, TX 75201

**Meridian Bank**
c/o Scott M. Klein, Esquire
c/o Sigmund Fleck, Esquire
Brown McGarry Nimeroff LLC
158 W. Gay Street, Suite 200
West Chester, PA 19380

**KML Law Group, P.C.**
c/o Mark Cronin, Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

**Capozzi Adler**
c/o James K. Jones, Esquire
Cunningham, Chernicoff & Warshawsky, P.C.
2320 North Second Street
P.O. Box 60457
Harrisburg, PA 17106

**Pizza Hut, LLC**
Michael D. Wombacher, Esquire
McDermott Will & Emery, LLP
2501 North Harwood Street
Suite 1900
Dallas, TX 75201

**BMW Bank of North America**
Attn: AIS Portfolio Services, LLC
Amitkumar Sharma, Esquire
4515 N. Santa Fe Avenue
Department APS
Oklahoma City, OK 73118

**Univest Bank & Trust Co.**
c/o Amar A. Agrawal, Esquire
Eisenberg, Gold & Agrawal, P.C.
1040 N. Kings Highway, Suite 200
Cherry Hill, NJ 08034

**Daniel & Mary Lezotte**
c/o Nicholas Engel, Esquire
Smith Kane Holman, LLC
112 Moores Road, Suite 300
Malvern, PA 19355

*20 Largest Unsecured Creditors*

American Bank
615 Waterfront Drive
Suite 501
Allentown, PA 18102

Jose Tejeda
c/o Christopher J. Bendau, Esquire
c/o Clifford P. Bendau, Esquire
The Bendau Law Firm, PLLC
P.O. Box 97066
Phoenix, AZ 85060

Daniel and Mary Lezotte
c/o Benjamin A. Anderson, Esquire
460 Norristown Road
Suite 110
Blue Bell, PA 19422

Signature Financial Corporation
12 Route 17 North
Suite 204
Paramus, NJ 07652

Internal Revenue Service
P.O. Box 7364
Philadelphia, PA 19101

Southern Shoals, LLC
c/o Curley & Rothman, LLC
Scott M. Rothman, Esquire
1100 E. Hector Street
Suite 425
Conshohocken, PA 19428

Univest Bank and Trust Co.
14 North Main Street
Souderton, PA 18964

US Foods
9399 West Higgins Road
Suite 100
Rosemont, IL 60018

*All Creditors and Parties-in-Interest*

**City of Philadelphia Law Department**
Megan Harper, Esquire
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102-1595

Christopher R. Momjian, Esquire
Commonwealth of Pennsylvania
Office of the Attorney General
The Phoenix Building
1600 Arch Street, Suite 300
Philadelphia, PA 19103

SEC Headquarters
100 F Street, NE
Washington, DC 20549

Pennsylvania Dept. of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Office of Tax & Revenue
Office of the Chief Financial Officer
1101 4th Street, SW - Suite W270
Washington, DC 20024

Commonwealth of PA
Dept of Labor & Industry
Collections Support Unit
PO Box 68568
Harrisburg, PA 17121-8568

PA Dept of Labor & Industry - UCTS
Bankruptcy & Compliance Unit
c/o Joseph Kots
625 Cherry Street - Room 203
Reading, PA 19602-1152

United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

Commonwealth of PA
Pennsylvania Office of Attorney General
Strawberry Square – 16th Floor
Harrisburg, PA 17120