United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13723-amc |
| Jignesh Pandya | Chapter 11 |
| Mital Pandya | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 2
Date Rcvd: Jan 04, 2024  Form ID: pdf900  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jignesh Pandya, 8 Woodland Road, Newtown, PA 18940-2909 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2024  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| AMAR A AGRAWAL | on behalf of Creditor Univest Bank & Trust Co. aagrawal@egalawfirm.com  alapinski@egalawfirm.com |
| Albert Anthony Ciardi, III | on behalf of Debtor Jignesh Pandya aciardi@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;mdickson@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Debtor Mital Pandya aciardi@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;mdickson@ciardilaw.com |
| GEORGE M. CONWAY | on behalf of U.S. Trustee United States Trustee george.m.conway@usdoj.gov |
| JAMES K. JONES | on behalf of Creditor CAPOZZI ADLER  P.C. jkj@cclawpc.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 04, 2024 | Form ID: pdf900 | Total Noticed: 1 |

KEVIN T. FOGERTY
    on behalf of Creditor American Bank kfogerty@fogertylaw.com

KEVIN T. FOGERTY
    on behalf of Interested Party American Bank kfogerty@fogertylaw.com

MARIS J. KANDESTIN
    on behalf of Creditor Pizza Hut  LLC mkandestin@mwe.com, dnorthrop@mwe.com

MARK A. CRONIN
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

NICHOLAS M. ENGEL
    on behalf of Creditor Daniel and Mary Lezotte nengel@skhlaw.com

SCOTT M. KLEIN
    on behalf of Creditor Meridian Bank sklein@bmnlawyers.com  kpower@bmnlawyers.com;keckman@bmnlawyers.com

SIGMUND J. FLECK
    on behalf of Creditor Meridian Bank sfleck@bmnlawyers.com  kpower@bmnlawyers.com;keckman@bmnlawyers.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| Jignesh Pandya, and | : | |
| Mital Pandya | : | BANKR. NO. 23-13723 (AMC) |
| | : | |
| Debtors. | : | |

### ORDER FOR EXPEDITED HEARING

AND NOW, upon consideration of the Motion to Dismiss Case and Request for Expedited Hearing thereon, and sufficient cause being shown, it is hereby:

ORDERED, that the request for an expedited hearing is Granted, and it is further:

ORDERED, that a hearing to consider the Motion shall be and hereby is scheduled for **January 10, 2024** at **12:30 P.M. The hearing will be held in person in Courtroom 4, Nix Federal Building, 900 Market Street, Philadelphia, PA and simultaneously telephonically. If you wish to participate telephonically, you may call 1-877-873-8017 Authorization code 3027681 on said date and time.** United States Bankruptcy Court, 900 Market Street, 2nd Floor, Courtroom No. 4, Philadelphia, Pennsylvania, 19107, and it is further:

ORDERED, that written objections or other responsive pleadings to the Motion may be filed up to the time of the hearing and all will be considered at the hearing, and it is further:

ORDERED, that Movant shall provide notice of this Order and Motion to Albert Anthony Ciardi, III, Esquire electronically and by overnight delivery to Jignesh Pandya and Mital Pandya by sending same on or before **January  4  , 2024**.

BY THE COURT:

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

DATED: Jan. 4, 2024