United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13723-amc |
| Jignesh Pandya | Chapter 11 |
| Mital Pandya | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 04, 2024 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jignesh Pandya, 8 Woodland Road, Newtown, PA 18940-2909 |
| | + Michael D. Wombacher, 2501 North Harwood street, ste 1900, Dallas, TX 75201-1664 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2024                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| AMAR A AGRAWAL | |
| | on behalf of Creditor Univest Bank & Trust Co. aagrawal@egalawfirm.com alapinski@egalawfirm.com |
| Albert Anthony Ciardi, III | |
| | on behalf of Debtor Jignesh Pandya aciardi@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;mdickson@ciardilaw.com |
| Albert Anthony Ciardi, III | |
| | on behalf of Debtor Mital Pandya aciardi@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;mdickson@ciardilaw.com |
| GEORGE M. CONWAY | |
| | on behalf of U.S. Trustee United States Trustee george.m.conway@usdoj.gov |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jan 04, 2024 | Form ID: pdf900 | Total Noticed: 2

JAMES K. JONES
    on behalf of Creditor CAPOZZI ADLER P.C. jkj@cclawpc.com

KEVIN T. FOGERTY
    on behalf of Creditor American Bank kfogerty@fogertylaw.com

KEVIN T. FOGERTY
    on behalf of Interested Party American Bank kfogerty@fogertylaw.com

MARIS J. KANDESTIN
    on behalf of Creditor Pizza Hut LLC mkandestin@mwe.com, dnorthrop@mwe.com

MARK A. CRONIN
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

NICHOLAS M. ENGEL
    on behalf of Creditor Daniel and Mary Lezotte nengel@skhlaw.com

SCOTT M. KLEIN
    on behalf of Creditor Meridian Bank sklein@bmnlawyers.com kpower@bmnlawyers.com;keckman@bmnlawyers.com

SIGMUND J. FLECK
    on behalf of Creditor Meridian Bank sfleck@bmnlawyers.com kpower@bmnlawyers.com;keckman@bmnlawyers.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>JIGNESH PANDYA AND MITAL PANDYA,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-13723-amc |

ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE,
*PRO HAC VICE*, OF MICHAEL D. WOMBACHER

Upon consideration of the Motion for Admission to Practice, *pro hac vice*, of Michael D. Wombacher,

It is hereby ordered that the Motion is GRANTED and Michael D. Wombacher is hereby admitted *pro hac vice* in the above-captioned bankruptcy case.

Date: Jan. 4, 2024

_____
Ashely M. Chan
United States Bankruptcy Judge