United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 23-13723-amc
Jignesh Pandya  Chapter 11
Mital Pandya
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Jan 05, 2024      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol   Definition**
+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Jignesh Pandya, Mital Pandya, 8 Woodland Road, Newtown, PA 18940-2909 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2024 at the address(es) listed below:

**Name**      **Email Address**

AMAR A AGRAWAL
     on behalf of Creditor Univest Bank & Trust Co. aagrawal@egalawfirm.com  alapinski@egalawfirm.com

Albert Anthony Ciardi, III
     on behalf of Debtor Jignesh Pandya aciardi@ciardilaw.com
     sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;mdickson@ciardilaw.com

Albert Anthony Ciardi, III
     on behalf of Debtor Mital Pandya aciardi@ciardilaw.com
     sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;mdickson@ciardilaw.com

GEORGE M. CONWAY
     on behalf of U.S. Trustee United States Trustee george.m.conway@usdoj.gov

JAMES K. JONES
     on behalf of Creditor CAPOZZI ADLER  P.C. jkj@cclawpc.com

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 05, 2024 | Form ID: pdf900 | Total Noticed: 1 |

KEVIN T. FOGERTY
    on behalf of Creditor American Bank kfogerty@fogertylaw.com

KEVIN T. FOGERTY
    on behalf of Interested Party American Bank kfogerty@fogertylaw.com

MARIS J. KANDESTIN
    on behalf of Creditor Pizza Hut  LLC mkandestin@mwe.com, dnorthrop@mwe.com

MARK A. CRONIN
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

NICHOLAS M. ENGEL
    on behalf of Creditor Daniel and Mary Lezotte nengel@skhlaw.com

SCOTT M. KLEIN
    on behalf of Creditor Meridian Bank sklein@bmnlawyers.com  kpower@bmnlawyers.com;keckman@bmnlawyers.com

SIGMUND J. FLECK
    on behalf of Creditor Meridian Bank sfleck@bmnlawyers.com  kpower@bmnlawyers.com;keckman@bmnlawyers.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

*In re:*

JINGESH PANDYA and MITAL PANDYA,     Chapter 11

Debtor.     Case No. 23-13723(AMC)

### ORDER

**AND NOW,** this __5th__ day of _____January_____, 2024, upon consideration of the Application of the Debtors to Employ Ciardi Ciardi & Astin as Counsel, and any response thereto. it is **ORDERED** and **DECREED** that the Debtors' Application to Employ Ciardi Ciardi & Astin as Counsel is hereby **APPROVED** *nunc pro tunc t*o the Petition Date; and it is further

**ORDERED** and **DECREED** that the Debtors may employ Ciardi Ciardi & Astin as their counsel in these proceedings to advise it upon all matters which may arise or which may be incident to these proceedings, said firm to be paid at such compensation as the Court shall allow, pursuant to a proper Application in accordance with <u>In re Busy Beaver Building Centers, Inc.,</u> 19 F. 3d 833 (3rd Cir. 1994).

BY THE COURT:

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

7