IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

JIGNESH PANDYA
and MITAL PANDYA

Chapter 11

Case No. 23-13723 (AMC)

Debtors.

### ORDER EXTENDING TIME TO FILE SCHEDULES

Upon consideration of the Second Application (the "Application") of the Debtors for an Extension of Filing Deadlines related to the Schedules[1], **IT IS HEREBY**

**ORDERED**, that the Debtors' Application is **GRANTED** and all filing deadlines for the following documents are extended to **January 10, 2024**:

1. Atty Disclosure Statement;
2. Schedule A/B;
3. Schedule C;
4. Schedule D;
5. Schedule E/F;
6. Schedule G;
7. Schedule H;
8. Schedule I;
9. Schedule J;
10. 20 Largest Unsecured Creditors (amended if needed);
11. Statement of Current Monthly Income;
12. The Statement of Financial Affairs;
13. Statistical Summary of Certain Liabilities Form B206;
14. Creditor Matrix;
15. And any supplemental documents required pursuant to the Bankruptcy Code.

**BY THE COURT:**

Date: Jan. 9, 2024

Honorable Ashely M. Chan
United States Bankruptcy Judge

---

[1] All capitalized, yet undefined, terms herein have the meaning ascribed to them in the Application.

4