**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Jignesh Pandya and Mital Pandya, | ) Case No. 23-13723 (AMC) |
| | ) |
| Debtors. | ) |
| | ) |

**ORDER FOR ADMISSION PRO HAC VICE**

AND NOW, this __11th__ day of __Jan.__ , 2024, upon consideration of the Motion for Pro

Hac Vice Admission of Shelly A. DeRousse, it is hereby ORDERED that the motion is GRANTED

and that Shelly A. DeRousse is admitted pro hac vice to the bar of this Court to represent US

Foods, Inc., a party in interest herein, in this case and any present or future contested matter or

adversary proceeding arising in or related to this case.

BY THE COURT

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE