**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Jignesh Pandya and Mital Pandya, | ) Case No. 23-13723 (AMC) |
| | ) |
| Debtors. | ) |
| | ) |

**ORDER FOR ADMISSION PRO HAC VICE**

AND NOW, this 11th day of Jan., 2024, upon consideration of the Motion for Pro Hac Vice Admission of Elizabeth L. Janczak, it is hereby ORDERED that the motion is GRANTED and that Elizabeth L. Janczak is admitted pro hac vice to the bar of this Court to represent US Foods, Inc., a party in interest herein, in this case and any present or future contested matter or adversary proceeding arising in or related to this case.

BY THE COURT

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

51580166.1 01/09/2024