**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| Jignesh Pandya, and | : | |
| Mital Pandya | : | BANKR. NO.  23-13723 (AMC) |
| | : | |
| Debtors. | : | |
| | : | |

**ORDER OF DISMISSAL**

AND NOW,  to wit, this  11th  day of  January, 2024, in consideration of the

United States trustee's Motion, and after hearing in open court, and for the reasons stated on the

record, it is

ORDERED, that the Motion is GRANTED, and that this case is hereby

dismissed.

IT IS FURTHER ADJUDGED that the Debtors are indebted to the United States

Trustee in the sum of $500.00 for outstanding quarterly fees pursuant to 28 U.S.C. § 1930(a)(6).

BY THE COURT:

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge