United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13723-amc |
| Jignesh Pandya | Chapter 11 |
| Mital Pandya | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 09, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Jignesh Pandya, Mital Pandya, 8 Woodland Road, Newtown, PA 18940-2909 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2024         Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| AMAR A AGRAWAL | on behalf of Creditor Univest Bank & Trust Co. aagrawal@egalawfirm.com  alapinski@egalawfirm.com |
| Albert Anthony Ciardi, III | on behalf of Debtor Jignesh Pandya aciardi@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;mdickson@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Debtor Mital Pandya aciardi@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;mdickson@ciardilaw.com |
| GEORGE M. CONWAY | on behalf of U.S. Trustee United States Trustee george.m.conway@usdoj.gov |
| JAMES K. JONES | on behalf of Creditor CAPOZZI ADLER  P.C. jkj@cclawpc.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 09, 2024 | Form ID: pdf900 | Total Noticed: 1 |

JEFFREY CHARLES HAMPTON, I
    on behalf of Creditor US Foods Inc. jhampton@saul.com

KEVIN T. FOGERTY
    on behalf of Interested Party American Bank kfogerty@fogertylaw.com

KEVIN T. FOGERTY
    on behalf of Creditor American Bank kfogerty@fogertylaw.com

MARIS J. KANDESTIN
    on behalf of Creditor Pizza Hut LLC mkandestin@mwe.com, dnorthrop@mwe.com

MARK A. CRONIN
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

NICHOLAS M. ENGEL
    on behalf of Creditor Daniel and Mary Lezotte nengel@skhlaw.com

SCOTT M. KLEIN
    on behalf of Creditor Meridian Bank sklein@bmnlawyers.com kpower@bmnlawyers.com;keckman@bmnlawyers.com

SIGMUND J. FLECK
    on behalf of Creditor Meridian Bank sfleck@bmnlawyers.com kpower@bmnlawyers.com;keckman@bmnlawyers.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 14

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

JIGNESH PANDYA
and MITAL PANDYA

Chapter 11

Case No. 23-13723 (AMC)

Debtors.

### ORDER EXTENDING TIME TO FILE SCHEDULES

Upon consideration of the Second Application (the "Application") of the Debtors for an Extension of Filing Deadlines related to the Schedules[1], **IT IS HEREBY**

**ORDERED**, that the Debtors' Application is **GRANTED** and all filing deadlines for the following documents are extended to **January 10, 2024**:

1. Atty Disclosure Statement;
2. Schedule A/B;
3. Schedule C;
4. Schedule D;
5. Schedule E/F;
6. Schedule G;
7. Schedule H;
8. Schedule I;
9. Schedule J;
10. 20 Largest Unsecured Creditors (amended if needed);
11. Statement of Current Monthly Income;
12. The Statement of Financial Affairs;
13. Statistical Summary of Certain Liabilities Form B206;
14. Creditor Matrix;
15. And any supplemental documents required pursuant to the Bankruptcy Code.

BY THE COURT:

Date: Jan. 9, 2024

Honorable Ashely M. Chan
United States Bankruptcy Judge

---

[1] All capitalized, yet undefined, terms herein have the meaning ascribed to them in the Application.