United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13723-amc |
| Jignesh Pandya | Chapter 11 |
| Mital Pandya | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 11, 2024 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Jignesh Pandya, Mital Pandya, 8 Woodland Road, Newtown, PA 18940-2909 |
| aty | + | Shelly A. DeRousse, 311 S. Wacker Drive, ste 3000, Chicago, IL 60606-6683 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| AMAR A AGRAWAL | on behalf of Creditor Univest Bank & Trust Co. aagrawal@egalawfirm.com  alapinski@egalawfirm.com |
| Albert Anthony Ciardi, III | on behalf of Debtor Jignesh Pandya aciardi@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;mdickson@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Debtor Mital Pandya aciardi@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;mdickson@ciardilaw.com |
| GEORGE M. CONWAY | on behalf of U.S. Trustee United States Trustee george.m.conway@usdoj.gov |

District/off: 0313-2                          User: admin                                    Page 2 of 2

Date Rcvd: Jan 11, 2024                       Form ID: pdf900                                Total Noticed: 2

JAMES K. JONES
                    on behalf of Creditor CAPOZZI ADLER  P.C. jkj@cclawpc.com

JEFFREY CHARLES HAMPTON, I
                    on behalf of Creditor US Foods  Inc. jhampton@saul.com

KEVIN T. FOGERTY
                    on behalf of Creditor American Bank kfogerty@fogertylaw.com

KEVIN T. FOGERTY
                    on behalf of Interested Party American Bank kfogerty@fogertylaw.com

MARIS J. KANDESTIN
                    on behalf of Creditor Pizza Hut  LLC mkandestin@mwe.com, dnorthrop@mwe.com

MARK A. CRONIN
                    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

NICHOLAS M. ENGEL
                    on behalf of Creditor Daniel and Mary Lezotte nengel@skhlaw.com

SCOTT M. KLEIN
                    on behalf of Creditor Meridian Bank sklein@bmnlawyers.com  kpower@bmnlawyers.com;keckman@bmnlawyers.com

SIGMUND J. FLECK
                    on behalf of Creditor Meridian Bank sfleck@bmnlawyers.com  kpower@bmnlawyers.com;keckman@bmnlawyers.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 14

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Jignesh Pandya and Mital Pandya, | ) Case No. 23-13723 (AMC) |
| | ) |
| Debtors. | ) |
| | ) |

## ORDER FOR ADMISSION PRO HAC VICE

AND NOW, this 11th day of Jan. , 2024, upon consideration of the Motion for Pro

Hac Vice Admission of Shelly A. DeRousse, it is hereby ORDERED that the motion is GRANTED

and that Shelly A. DeRousse is admitted pro hac vice to the bar of this Court to represent US

Foods, Inc., a party in interest herein, in this case and any present or future contested matter or

adversary proceeding arising in or related to this case.


BY THE COURT

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE