United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                   Case No. 23-13723-amc
Jignesh Pandya                                                                           Chapter 11
Mital Pandya
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2              User: admin             Page 1 of 3
Date Rcvd: Jan 11, 2024        Form ID: pdf900        Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Jignesh Pandya, Mital Pandya, 8 Woodland Road, Newtown, PA 18940-2909 |
| aty | + | Ciardi Ciardi & Astin, 1905 Spruce Street, Phila, PA 19103-5732 |
| aty | + | Elizabeth L. Janczak, 311 S. Wacker Drive, ste 3000, Chicago, IL 60606-6683 |
| aty | + | Shelly A. DeRousse, 311 S. Wacker Drive, ste 3000, Chicago, IL 60606-6683 |
| intp | + | American Bank, 4029 W. Tilghman Street, Allentown, PA 18104-4454 |
| cr | + | CAPOZZI ADLER, P.C., 2933 N FRONT ST, HARRISBURG, PA 17110-1250 |
| cr | + | Univest Bank & Trust Co., 16 Harbor Place, PO Box 197, Souderton, PA 18964-0197 |
| 14840744 | + | American Bank, 4029 Tilghman Street, Allentown, PA 18104-4454 |
| 14837654 | + | American Bank, 615 Waterfront Drive Suite 501, Allentown, PA 18102-5655 |
| 14841037 | + | American Bank, c/o Kevin T. Fogerty Esquire, Mill Run Office Center, 1275 Glenlivet Drive ste 150, Allentown, Pa 18106-3109 |
| 14843294 | + | Capozzi Adler, PC, c/o James K. Jones Esquire, Cunningham, Chernicoff & Warshawsky, P.C, P.O. Box 60457, Harrisburg, PA 17106-0457 |
| 14843481 | + | Daniel and Mary Lezotte, c/o Nicholas Engel, Esquire, SMITH KANE HOLMAN, LLC, 112 Moores Road, Suite 300, Malvern, PA 19355-1002 |
| 14837655 | + | Daniel and Mary Lezotte, c/o Benjamin A. Anderson, Esquire, 460 Norristown Road Suite 110, Blue Bell, PA 19422-2344 |
| 14837657 | | Jose Tejeda, c/o Christopher J. Bendau, Esquire, c/o Clifford P. Bendau, II, Esquire The, Phoenix, AZ 85060 |
| 14838819 | + | Meridian Bank, c/o Scott M. Klein, Esquire, Brown McGarry Nimeroff, LLC, 158 W. Gay Street, Suite 200, West Chester, PA 19380-2907 |
| 14845152 | + | Meridian Bank, 9 Old Lincoln Highway, Malvern, PA 19355-2551 |
| 14838820 | + | Meridian Bank, c/o Sigmund J. Fleck, Esquire, BROWN McGARRY NIMEROFF LLC, 158 W. Gay Street, Suite 200, West Chester, PA 19380-2907 |
| 14842361 | + | Munsch Hardt Kopf & Harr, P.C., Attention: Kevin M. Lippman, Esq., 500 N. Akard St., Ste. 4000, Dallas 75201-6605 |
| 14843594 | + | Pizza Hut, LLC, C/O Maris J. Kandestin, 1000 N. West Street, Ste. 1400, Wilmington, DE 19801-1054 |
| 14837658 | + | Signature Financial Corporation, 12 Route 17 North Suite 204, Paramus, NJ 07652-2644 |
| 14837659 | + | Southern Shoals, LLC, c/o Curley & Rothman, LLC, Scott M. Rothman, Esquire 1100 E. Hector, Conshohocken, PA 19428-2374 |
| 14841379 | + | Univest Bank & Trust Co., c/o Amar A. Agrawal Esquire, 1040 N. Kings Highway Ste 200, Cherry Hill NJ 08034-1925 |
| 14837660 | + | Univest Bank and Trust Co., 14 North Main Street, Souderton, PA 18964-1713 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 12 2024 00:04:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 12 2024 00:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 12 2024 00:05:37 | BMW Bank of North America, c/o AIS Portfolio Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14838752 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 12 2024 00:19:26 | BMW Bank of North America, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14838942 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |

Case 23-13723-amc    Doc 51    Filed 01/13/24    Entered 01/14/24 00:28:44    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 11, 2024 | Form ID: pdf900 | Total Noticed: 32 |

|  |  |  | Jan 12 2024 00:05:24 | BMW Bank of North America Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
|---|---|---|---|---|
| 14837656 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 12 2024 00:03:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14840785 | ^ | MEBN | Jan 11 2024 23:57:14 | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14837661 | + | Email/Text: bankruptcyecf.shared@usfoods.com | Jan 12 2024 00:04:00 | US Foods, 9399 West Higgins Road Suite 100, Rosemont, IL 60018-4910 |
| 14839310 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 12 2024 00:05:20 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | American Bank, 4029 W. Tilghman Street, Allentown, PA 18104-4454 |
| cr | *+ | Meridian Bank, 9 Old Lincoln Highway, Malvern, PA 19355-2551 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 13, 2024            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| AMAR A AGRAWAL | on behalf of Creditor Univest Bank & Trust Co. aagrawal@egalawfirm.com alapinski@egalawfirm.com |
| Albert Anthony Ciardi, III | on behalf of Debtor Mital Pandya aciardi@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;mdickson@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Debtor Jignesh Pandya aciardi@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;mdickson@ciardilaw.com |
| GEORGE M. CONWAY | on behalf of U.S. Trustee United States Trustee george.m.conway@usdoj.gov |
| JAMES K. JONES | on behalf of Creditor CAPOZZI ADLER  P.C. jkj@cclawpc.com |
| JEFFREY CHARLES HAMPTON, I | on behalf of Creditor US Foods  Inc. jhampton@saul.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 11, 2024 | Form ID: pdf900 | Total Noticed: 32 |

KEVIN T. FOGERTY
    on behalf of Creditor American Bank kfogerty@fogertylaw.com

KEVIN T. FOGERTY
    on behalf of Interested Party American Bank kfogerty@fogertylaw.com

MARIS J. KANDESTIN
    on behalf of Creditor Pizza Hut  LLC mkandestin@mwe.com, dnorthrop@mwe.com

MARK A. CRONIN
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

NICHOLAS M. ENGEL
    on behalf of Creditor Daniel and Mary Lezotte nengel@skhlaw.com

SCOTT M. KLEIN
    on behalf of Creditor Meridian Bank sklein@bmnlawyers.com  kpower@bmnlawyers.com;keckman@bmnlawyers.com

SIGMUND J. FLECK
    on behalf of Creditor Meridian Bank sfleck@bmnlawyers.com  kpower@bmnlawyers.com;keckman@bmnlawyers.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 14

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| Jignesh Pandya, and | : | |
| Mital Pandya | : | BANKR. NO. 23-13723 (AMC) |
| | : | |
| Debtors. | : | |
| | : | |

## ORDER OF DISMISSAL

AND NOW, to wit, this  11th  day of January, 2024, in consideration of the United States trustee's Motion, and after hearing in open court, and for the reasons stated on the record, it is

ORDERED, that the Motion is GRANTED, and that this case is hereby dismissed.

IT IS FURTHER ADJUDGED that the Debtors are indebted to the United States Trustee in the sum of $500.00 for outstanding quarterly fees pursuant to 28 U.S.C. § 1930(a)(6).

BY THE COURT:

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge